# UNITED STATES DISTRICT COURT
## for
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Enrique Rodriguez-Mercado | Docket No. | 0980 2:22CR00050-WFN-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Lori Cross, U.S. Probation Officer, presenting an official report upon the conduct of defendant Enrique Rodriguez-Mercado, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 6th day of May 2022, under the following conditions:

**Standard Condition #3:** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is alleged to have violated standard condition number 3, by failing to surrender for his 6-month term of imprisonment.

On September 6, 2023, the defendant appeared before Your Honor and was sentenced to a 6-month term of imprisonment. At that time, he was ordered to surrender at the institution designated by the Bureau of Prisons, as notified by the probation office.

On September 27, 2023, the defendant was provided with written instructions to self-report to USP Lompoc on October 2, 2023, by 12 p.m.

On October 3, 2023, the probation officer was notified that Mr. Rodriguez-Mercado failed to report to USP Lompoc on October 2, 2023. On this same date, the undersigned attempted to contact the defendant via telephone; however, it appears his telephone has been turned off. As of this writing, his whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 4, 2023

by     s/Lori Cross

Lori Cross
U.S. Probation Officer

Re: Rodriguez-Mercado, Enrique
October 4, 2023
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

10/04/2023
_____
Date